# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUDITH MARCHAN-DAVILA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE FOSTER FIRM, LLC, )<br>KEITH FOSTER, individually, and )<br>ARNICE HALL FOSTER, )<br>)<br>    Defendants. )<br>_____) | Civil Action File<br>1:22-cv-1726 TWT |

## ORDER FOR CONDITIONALLY CERTIFYING ACTION AND STAYING DISCOVERY

Having considered the Joint Motion for Conditional Certification and Stay of Discovery, and finding good cause to grant the same, IT IS HEREBY ORDERED that the Joint Motion is GRANTED. The Court conditionally certifies a collective group defined as:

> All current and former paralegals of The Foster Firm within the three-year period before [the Notice mailing date] who worked more than 40 hours per week and were not paid overtime, and who elect to opt-in to this action pursuant to 29 U.S.C. § 216(b).

It is further ORDERED that Defendants shall, within 21 days of this Order, provide to Plaintiff's counsel all available mailing addresses, email addresses, and telephone numbers, and any other available contact information for members of the

collective, in a computer-readable format. Plaintiff's counsel shall, within five (5) business days from the delivery of said information, then send the Notice and the Consent to Join Form, in the form submitted to the Court by Plaintiff, by mail, e-mail and SMS text message to all individuals within the Collective group. Plaintiff's counsel shall also post the Notice and Consent to Join form to Hall & Lampros' website and Facebook accounts. Such postings shall not include any information that is not contained in any Notice and Consent to Join form approved by the Court.

Starting from the date of the issuance of the Notice, the Notice recipients will have 60 days to file their Consent to Join Form to join this action with this Court. Plaintiff's counsel will send the Reminder Notice, in the form the Parties agreed upon and submitted to the Court, 30 days from the end of the Notice Period to any individuals who have not completed and filed a Consent to Join Form.

Plaintiff's counsel shall provide notice to Defendants that the Notice and Consent to Join forms have been sent by email, SMS text message, and U.S. mail within three (3) business days from the date of transmission and/or mailing.

It is further ORDERED that discovery in this action is stayed for 90 days following the entry of this Order. Provided the Parties have not first moved for approval of a settlement, the Parties shall submit a Joint Report within 14 days of the expiration of the 90-day stay of discovery regarding the status of the case,

including resolution, and the remaining discovery that needs to be completed in the matter, if any.

**SO ORDERED** this 1st day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE