IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUDITH MARCHAN-DAVILA, ) | |
| ) | Civil Action No.: |
| ) | 1:22-cv-1726 TWT |
| ) | |
| Plaintiffs, ) | |
| V. ) | |
| ) | |
| THE FOSTER FIRM, LLC, KEITH ) | |
| FOSTER, individually, ) | |
| ARNICE FOSTER, individually. ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT

This case is before the Court for consideration of the Parties' "Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement." (Doc. 22).  Having reviewed the record, including the joint submission of the parties, and the Settlement Agreement (Doc. 22-A) agreed to by the Parties, the Court finds that the settlement is fair and reasonable. The Court has also reviewed the request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the attorney's fees and costs to be paid to Plaintiffs' counsel as provided in the Agreement are reasonable. Accordingly, the Parties' Joint Motion for Stipulated Judgment Approving FLSA Settlement

Agreement is hereby GRANTED, and the Court hereby enters this stipulated JUDGMENT approving the settlement and agreement between the Parties. The Court reserves jurisdiction over the enforcement of the Parties' Settlement Agreement.

SO ORDERED AND ADJUDGED, this 28th day of December, 2022.

_____
SENIOR UNITED STATES DISTRICT JUDGE
HON. THOMAS W. THRASH, JR.